IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Hyundai Merchant Marine Co. Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:12-cv-00095-C |
| Grand China Shipping (Hong Kong) Co. Ltd.; HNA Group Co. Ltd.; Grand China Logistics Holdings (Group) Company Limited; Grand China Shipping (Yantai) Co. Ltd.; and Ocean Container Trading (Hong Kong) Company Limited, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## WRIT OF ATTACHMENT

**TO:   THE UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:**

WHEREAS, a Verified Complaint has been filed in the United States District Court for the Southern District of Alabama, Southern Division, on the 15th day of February, 2012, by Hyundai Merchant Marine Co. Ltd., upon admiralty and maritime claims in the amount of $19,464,385.69 against the Defendants Grand China Shipping (Hong Kong) Co. Ltd., HNA Group Co. Ltd., Grand China Logistics Holdings (Group) Company Limited, Grand China Shipping (Yantai) Co. Ltd., and Ocean Container Trading (Hong Kong) Company Limited, *in personam,* and

WHEREAS, this Court, after due consideration, has signed an Order for issuance for the writ of attachment.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to attach and seize all property tangibles and intangibles within the District to the amount sued for herein and to detain same in your custody until further order of this Court respecting the same. You are further commanded to give due notice to all persons claiming the same or having anything to say why the same should not be disposed pursuant to the prayer of the said Verified Complaint, that they must file their claims with the Clerk of this Court within ten (10) days after the execution of this process or within such additional time as may be allowed by this Court, and must serve their answers within twenty-one (21) days after the filing of their claim.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after the execution thereof.

WITNESS the Honorable William E. Cassady, United States District Magistrate Judge for the Southern District of Alabama, Southern Division, and the seal of this said Court at this City of Mobile, Alabama, this 16th day of February, 2012.

CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

By: *Edwina Crawford*
       Deputy Clerk